IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DISTEFANO WEBSITE INNOVATIONS, LLC,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**BYTEDANCE LTD., BYTEDANCE PTE. LTD., BYTEDANCE INC., TIKTOK LTD., TIKTOK, INC. and HELIOPHILIA PTE. LTD.**<br><br>　　　　　Defendants. | Civil Action No.: 1-24-cv-00763<br><br>**JURY TRIAL DEMANDED** |

### MOTION TO STRIKE AND SUPPLEMENT

Plaintiff moves the Court to Strike Docket entries 01-7 through 01-14 (Exhibit 6 through Exhibit 13 to Plaintiff's Complaint). The subject exhibits were mistakenly filed. The corrected Exhibits 6 through 15 to be supplemented for Docket entries 01-7 through 01-14 are attached to this Motion.

Dated: July 8, 2024

Respectfully submitted,

/s/ *Robert P. Hart*

Robert P. Hart
Texas Bar No. 24062399
**ADDYHART P.C.**
2025 Guadalupe Street, Suite 260
Austin, TX 78705
949.337.0568
robert@addyhart.com