**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| **DISTEFANO WEBSITE INNOVATIONS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **BYTEDANCE LTD., BYTEDANCE PTE. LTD., BYTEDANCE INC., TIKTOK LTD., TIKTOK, INC. and HELIOPHILIA PTE. LTD.** <br><br> Defendants. | Civil Action No.: 1-24-cv-00763 <br><br> **JURY TRIAL DEMANDED** |

**(Proposed) ORDER**

Plaintiff's Motion to Strike and Supplement Docket entries 01-7 through 01-14 (Exhibit 6 through Exhibit 13 to Plaintiff's Complaint) is hereby GRANTED.

Docket entries 01-7 through 01-14 are stricken from the record and shall be supplemented with Exhibits 6 through 15 attached to the subject Motion to Strike and to Supplement.

_____
United States District Judge
Western District of Texas